FILED
ASHEVILLE, N.C.
DEC - 3 2013
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>1) GEORGE WADE COOK )<br>   a/k/a Rooster )<br>2) GREGORY RAY DEHART )<br>3) JOHN MATTHEW FRADY )<br>   a/k/a Ghost )<br>4) JEFFREY KIRKLAND )<br>5) RAMONA JAMISON LAIL )<br>6) JIMMY DWAYNE LAWING )<br>   a/k/a Dick )<br>7) MIGUEL SANTOS-MALDONADO )<br>   a/k/a Mateo Segura )<br>8) CARLOS ALVARADO MENDOZA )<br>   a/k/a Tequila )<br>9) RIGOBERTO ALVARADO MENDOZA )<br>   a/k/a Big Boy )<br>10) JOHN LOUIS PIVONKA )<br>11) TOMMY RAY SISK )<br>12) TAIDE ALVARADO VERGARA )<br>) | DOCKET NO. 1:13 CR 79<br><br>**ORDER TO SEAL INDICTMENT** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 3rd day of December, 2013.

                                                DENNIS L. HOWELL
                                                UNITED STATES MAGISTRATE JUDGE