

FILED
ASHEVILLE, NC

DEC 11 2013

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:13 CR 79 |
| ) | |
| v. ) | |
| ) | **ORDER** |
| 1) GEORGE WADE COOK ) | |
|    a/k/a Rooster ) | |
| 2) GREGORY RAY DEHART ) | |
| 3) JOHN MATTHEW FRADY ) | |
|    a/k/a Ghost ) | |
| 4) JEFFREY KIRKLAND ) | |
| 5) RAMONA JAMISON LAIL ) | |
| 6) JIMMY DWAYNE LAWING ) | |
|    a/k/a Dick ) | |
| 7) MIGUEL SANTOS-MALDONADO ) | |
|    a/k/a Mateo Segura ) | |
| 8) CARLOS ALVARADO MENDOZA ) | |
|    a/k/a Tequila ) | |
| 9) RIGOBERTO ALVARADO MENDOZA ) | |
|    a/k/a Big Boy ) | |
| 10) JOHN LOUIS PIVONKA ) | |
| 11) TOMMY RAY SISK ) | |
| 12) TAIDE ALVARADO VERGARA ) | |
| ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrants in the above-captioned case be unsealed.

This 11th day of December, 2013.

*Dennis L. Howell* (signature)
HONORABLE DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE